B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF TEXAS EL PASO DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Blue Dining and Spirits, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **27-1678642** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **453 Emerald Bluff El Paso, TX**    ZIP CODE **79928** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business: **El Paso** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **453 Emerald Bluff El Paso, TX**    ZIP CODE **79928** | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [x] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter.)*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (4/10)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Blue Dining and Spirits, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br><div align="right">Date</div> |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____<br>
    (Name of landlord that obtained judgment)

    _____<br>
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010 (Build 9.0.74.1, ID 1035804398)*

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **Blue Dining and Spirits, LLC**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney\***

X **/s/ Sidney J. Diamond**

**Sidney J. Diamond**          Bar No. **05803000**

**Diamond Law**
**3800 N. Mesa Street, Ste B-3**
**EL Paso, Texas 79902**

Phone No.**(915) 532-3327**     Fax No.**(915) 532-3355**

10/21/2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Blue Dining and Spirits, LLC**

X **/s/ Teri Lynn Adams**
Signature of Authorized Individual

**Teri Lynn Adams**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**10/21/2010**
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE:   **Blue Dining and Spirits, LLC**                              CASE NO

                                                                         CHAPTER     **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

---

1. Debtor's employer identification number is_____**27-1678642**_____.

2. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is_____.

3. The following financial data is the latest available information and refers to the debtor's condition on_____.

    a. Total Assets                              **$473,760.00**

    b. Total Liabilities                         **$606,920.59**

| Secured debt | Amounts | Approximate number of holders |
|---|---:|---:|
| Fixed, liquidated secured debt | **$413,384.09** | **9** |
| Contingent  secured debt | **$0.00** | **0** |
| Disputed secured debt | **$0.00** | **0** |
| Unliquidated secured debt | **$0.00** | **0** |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | **$193,536.50** | **43** |
| Contingent  unsecured debt | **$0.00** | **0** |
| Disputed unsecured debt | **$0.00** | **0** |
| Unliquidated unsecured debt | **$0.00** | **0** |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | | |
| Number of shares of common stock | | |

*Comments, if any*

4. Brief description of debtor's business:

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

IN RE:   **Blue Dining and Spirits, LLC**                                    CASE NO

CHAPTER    **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

---

5.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:

---

6.  List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

---

I,_____**Teri Lynn Adams**_____ , the_____**Manager**_____ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.


Date:___**10/21/2010**_____        Signature:___**/s/ Teri Lynn Adams**_____
                                                                            ***Teri Lynn Adams***
                                                                            **Manager**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE:  **Blue Dining and Spirits, LLC**

CASE NO

CHAPTER    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | **$0.00** |
| Prior to the filing of this statement I have received: | **$0.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
   - ☑ Debtor       ☐ Other (specify)

3. The source of compensation to be paid to me is:
   - ☑ Debtor       ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Discharge and Dischargeability Litigation**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **10/21/2010** | **/s/ Sidney J. Diamond** |
| *Date* | *Sidney J. Diamond*               Bar No.  05803000 |
| | Diamond Law |
| | 3800 N. Mesa Street, Ste B-3 |
| | EL Paso, Texas 79902 |
| | Phone: (915) 532-3327 / Fax: (915) 532-3355 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE:   **Blue Dining and Spirits, LLC**                                    Case No.

Chapter      **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| National City Bank<br>Po Box 5570<br>LOCBR-YB58-01-3 Bankruptcy<br>Cleveland, OH 44101 | | Conventional Real Estate Mortgage | | **$183,748.33**<br><br>**Value: $0.00** |
| National City Bank<br>Po Box 5570<br>LOCBR-YB58-01-3 Bankruptcy<br>Cleveland, OH 44101 | | Real Estate Mortgage without Other Collateral | | **$46,249.00**<br><br>**Value: $0.00** |
| Vanderbilt Mortgage<br>Po Box 15170<br>Knoxville, TN 37901 | | Mobile Home | | **$78,365.00**<br><br>**Value: $39,847.00** |
| Texas Comptroller of Public Accounts<br>PO Box 13528<br>Austin, TX 78711-3528 | | Sales Taxes | | **$30,000.00** |
| Bank Of America<br>Attn: Bankruptcy NC4-105-03-14<br>PO Box 26012<br>Greensboro, NC 27410 | | Credit Card | | **$22,309.00** |
| Strategic Funding Source<br>1501 Broadway, Ste. 360<br>New York, NY 10036 | | Contract/Lease | | **$20,000.00** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE:   **Blue Dining and Spirits, LLC**                                        Case No.

Chapter     **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Gvt Emp Cu<br>Po Box 981197<br>El Paso, TX 79998 | | | | **$17,793.00** |
| Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195 | | Credit Card | | **$14,983.00** |
| White Sands Federal Cr<br>Po Box 99<br>Las Cruces, NM 88004 | | Automobile | | **$55,974.00**<br>**Value: $41,242.50** |
| Sysco New Mexico<br>601 Comanche Rd. N. E.<br>Albuquerque, NM 87107 | | Supplies and/or Services | | **$13,984.15** |
| Internal Revenue Service<br>Centralized Insolvency<br>Operations<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | | Taxes | | **$10,205.46** |
| Jose A. Flores<br>456 Amalia #B<br>El Paso, TX 79928 | | | | **$10,100.00** |
| Gvt Emp Cu<br>Po Box 981197<br>El Paso, TX 79998 | | | | **$25,947.00**<br>**Value: $16,695.00** |

10/21/2010 03:47:23pm

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE:   **Blue Dining and Spirits, LLC**

Case No.

Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Shamrock Foods Company<br>Credit Dept<br>2540 N. 29th Ave.<br>Phoenix, AZ 85009 | | | | **$9,000.00** |
| GECU<br>PO Box 20998<br>El Paso, TX 79998-9987 | | | | **$4,787.00** |
| Regent Broadcasting of El Paso-<br>KLAQ<br>Dept #0902<br>Denver, CO 80256 | | Services | | **$4,416.00** |
| Gemb/jewelry Accents<br>Po Box 981439<br>El Paso, TX 79998 | | Charge Account | | **$3,731.00** |
| Capital One, N.a.<br>C/O American Infosource<br>PO Box 54529<br>Oklahoma City, OK 73154 | | Credit Card | | **$2,525.00** |
| Acs/bank Of America | | Educational | | **$2,494.00** |
| Reulet LLC.<br>6101 Gateway West Space 607<br>El Paso, TX 79925 | | Returned checks | | **$2,330.61** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE:   **Blue Dining and Spirits, LLC**                                          Case No.

Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Manager**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.


Date:__**10/21/2010**_____          Signature:__**/s/ Teri Lynn Adams**_____

                                                                               *Teri Lynn Adams*
                                                                               **Manager**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:   **Blue Dining and Spirits, LLC**                                CASE NO

                                                                                 CHAPTER     **11**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/21/2010 _____                    Signature  __/s/ Teri Lynn Adams_____
                                                                                 *Teri Lynn Adams*
                                                                                 *Manager*

Date _____                         Signature _____

AC Wilson & Associates
PO Box 75237
Colorado Springs, CO  80970


Ace  Cash Express, Inc
1231 Greenway Drive, Ste.600
Irving, TX 75038


Ace Cash Express, Inc.
1231 Greenway Dr. Ste. 700
Irving, TX 75038


Acs/bank Of America


Bank Of America
Attn: Bankruptcy NC4-105-03-14
PO Box 26012
Greensboro, NC 27410


Bassett Place Mall LLP
6101 Gateway West
El Paso, TX 79925


Blue Dining and Spirits, LLC
453 Emerald Bluff
El Paso, TX 79928


Capital One, N.a.
C/O American Infosource
PO Box 54529
Oklahoma City, OK 73154


Citibank Sd, Na
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

Citibank Usa
Attn.: Centralized  Bankruptcy
PO Box 20363
Kansas City, MO 64195


City of El Paso
El Paso Tax Assessor/Collector
PO Box 2992
El Paso, TX 79999-2992


City of El Paso Tax Assessor Collector
c/o Linebarger, Goggan Blair & Sampson
711 Navarro, Ste. 200
San Antonio, TX 78205


City of El Paso Tax Assessor/Collector
P. O. Box 2992
El Paso, TX 79999-2992


Clinical Pathology Lab, Inc.
PO Box 141669
Austin, TX 78714


First Data
265 Broad Hollow R
Melville, NY 11747


GECU
PO Box 20998
El Paso,  TX  79998-9987


Gemb/jewelry Accents
Po Box 981439
El Paso, TX 79998


Gvt Emp Cu
Po Box 981197
El Paso, TX 79998

Home Depot Credit Services
P. O. Box 689100
Des Moines, IA 50368


HSBC
ATTN: BANKRUPTCY
PO BOX 5213
Carol Stream, IL 60197


Hsbc Bank
ATTN: BANKRUPTCY
PO BOX 5253
Carol Stream, IL 60197


InstaChek of Lubbock
PO Box 2249
Lubbock, TX 79408


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326


IRS - Special Procedures Staff
Stop 5022 AUS
300 E. 8th Street
Austin, TX 78701


Jose A. Flores
456 Amalia #B
El Paso, TX 79928


Kevin Epstein
United States Trustee
P.O. Box 1539
San Antonio, TX 78295-1539


Linebarger, Goggan Blair & Sampson, LLP
711 Navarro, Ste. 200
San Antonio, TX 78205
Attn: David G. Aelvoet
Attn: Don Stecker

National City Bank
Po Box 5570
LOCBR-YB58-01-3 Bankruptcy
Cleveland, OH 44101


Prudential Overall Supply
4240 S. Fremont Ave.
Tucson, AZ 85714


Quality Fruit and Vegetable Co.
390 Coffax Ave.
El Paso, TX 79905


Randy Limbird, Editor, & Publisher
PO Box 13615
El Paso, TX 79913


Regent Broadcasting of El Paso-KLAQ
Dept #0902
Denver, CO 80256


Reulet LLC.
6101 Gateway West Space 607
El Paso, TX 79925


Shamrock Foods Company Credit Dept
2540 N. 29th Ave.
Phoenix, AZ 85009


Shamrock Foods Company Credit Dept.
2540 N. 29th Ave.
Phoenix, AZ 85009


Strategic Funding Source
1501 Broadway, Ste. 360
New York, NY 10036

Sysco New Mexico
601 Comanche Rd. N. E.
Albuquerque, NM 87107


Texas Comptroller of Public Accounts
PO Box 13528
Austin, TX 78711-3528


Texas Workforce Commission
Regulation And Enforcement Division
101 E. 15th Street
Austin, TX 78778-0001


Time Warner Cable
7010 Airport Rd
El Paso, TX 79906


U.S. Attorney
FHZ/HUD/VA/IRS
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216


United Revenue Corp
204 Billings St Ste 120
Attention:  Office Manager
Arlington, TX 76010


University of Phoenix
3157 East Elwood Street
Phoenix, AZ 85034


Vanderbilt Mortgage
Po Box 15170
Knoxville, TN 37901


White Sands Federal Cr
Po Box 99
Las Cruces, NM 88004

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:                                                                          CHAPTER    **11**

**Blue Dining and Spirits, LLC**


DEBTOR(S)                                                                  CASE NO


# LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**Manager**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.



Date:__**10/21/2010**_____          Signature:__**/s/ Teri Lynn Adams**_____
                                                                            *Teri Lynn Adams*
                                                                            **Manager**